UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | Cause No. 3:10-CR-115-RLM |
| | ) | |
| JAMES RYANS | ) | |

O R D E R

No objections have been filed to the magistrate judge's findings and recommendations upon a plea of guilty issued on July 26, 2013. Accordingly, the court ADOPTS those findings and recommendations (Doc. No. 134), ACCEPTS defendant James Ryans' plea of guilty, and FINDS the defendant guilty of Counts 9 and 10 of the Superseding Indictment, in violation of 18 U.S.C. § 1001 and 18 U.S.C. §§ 1952(a)(3) and 2.

SO ORDERED.

ENTERED: August 19, 2013

/s/ Robert L. Miller, Jr.
Judge
United States District Court